**FORM B9A** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/03)

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** | **Central District Of California** |

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A Chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on October 14, 2005.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at **U. S. Bankruptcy Court, United States Federal Building, 300 N. Los Angeles Street, Los Angeles, CA 90012.**

NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

| | |
|---|---|
| Debtor(s) (name(s) address)<br>Maria Garcia<br>4429 Inlewood Blvd. Apt. 11<br>Los Angeles, CA 90060 | **Case Number:**<br>**2:05−bk−44710−EC** |
| All Other Names used by the Debtor(s) in the last 6 years, (include married, maiden, trade names):<br>Debtor: aka Maria De La Luz Garcia<br><br>Joint Debtor: | Last four digits of Soc. Sec. No. / Complete EIN or other Taxpayer I.D. No.:<br>Dbt SSN: xxx−xx−2025 |
| Attorney for Debtor(s) (name, address, telephone)<br>Michael Colmenares<br>2099 S Atlantic Bl Unit O<br>Monterey Park, CA 91754<br>Telephone number: 323−265−1037 | Bankruptcy Trustee (name, address, telephone)<br>Timothy Yoo<br>Robinson, Diamant & Wolkwitz<br>1888 Century Park East, #1500<br>Los Angeles, CA 90067<br>Telephone number: (310) 277−7400 |

### Meeting of Creditors

Date: **November 29, 2005**   Time: **08:00 AM**
Location: **725 S Figueroa St., Room 103, Los Angeles, CA 90017**

### Deadlines

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts: January 28, 2006**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions

The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>255 East Temple Street<br>Los Angeles, CA 90012<br>Telephone number: 213−894−3118 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Jon D. Ceretto |
| Hours Open: 9:00 AM − 4:00 PM | Date: October 25, 2005 |

**(Form rev. 04/2005: 341 − B9A)**   /BP

# EXPLANATIONS

FORM B9A (4/05)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Creditors May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. *The trustee is designated to preside at the meeting of creditors. The case is covered by the Chapter 7 blanket bond on file with the Court.* |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), (6), or (15), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and the required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Proof of Debtor Identification (ID) and Proof of Social Security Number (SSN) | The U.S. Trustee requires that individual debtors must provide to the trustee at the meeting of creditors an original picture ID and proof of SSN. Failure to do so may result in the U.S. Trustee bringing a motion to dismiss the case. Permissible forms of ID include a valid state driver's license, government or state−issued picture ID, student ID, military ID, U.S. Passport or legal resident alien card. Proof of SSN includes Social Security Card, current W−2 form, pay stub, IRS Form 1099, Social Security Administration Report, or other official document which indicates name and SSN. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the **U. S. Bankruptcy Court, United States Federal Building, 300 N. Los Angeles Street, Los Angeles, CA 90012.** You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office at the address listed above. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. You may want to consult an attorney to protect your rights. |
| Failure to File a Statement and/or Schedule(s) | **IF THE DEBTOR HAS NOT FILED A STATEMENT AND/OR SCHEDULE(S),** the debtor must do so, or obtain an extension of time to do so, within 15 days of the petition filing date. Failure to comply with this requirement, or failure to appear at the initial Section 341(a) meeting of creditors and any continuance thereof, will result in dismissal of the case, unless leave of court is first obtained.<br><br>(Si el deudor no ha presentado una declaracion y/o una lista de acreedores, tendra que hacerlo dentro de un plazo de 15 dias a partir de la fecha de presentacion de la peticion o tendra que obtener una extension del plazo para hacerlo. Si no cumple usted este requisito, o si no comparece a la junta 341(a) inicial de acreedores o a cualquier aplazamiento, esto resultara en que se declare sin lugar el caso, a menos de que obtenga un permiso del tribunal.) |
| Bankruptcy Fraud and Abuse | Any questions or information relating to bankruptcy fraud or abuse should be addressed to the United States Trustee, 725 South Figueroa Street, 26th Floor, Los Angeles, CA 90017. |

## −− Refer to Other Side for Important Deadlines and Notices −−

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0973-2          User: bpickettC              Page 1 of 1                Date Rcvd: Oct 25, 2005
Case: 05-44710                Form ID: b9a                 Total Served: 13

The following entities were served by first class mail on Oct 27, 2005.
db         +Maria Garcia,    4429 Inlewood Blvd. Apt. 11,    Los Angeles, CA 90066-6670
aty        +Michael Colmenares,    2099 S Atlantic Bl Unit O,    Monterey Park, CA 91754-6355
tr         +Timothy Yoo,    Robinson, Diamant & Wolkwitz,    1888 Century Park East, #1500,
             Los Angeles, CA 90067-1755
smg         Employment Development Dept.,    Bankruptcy Group MIC 92E,    P.O. Box 826880,
             Sacramento, CA  94280-0001
smg         Los Angeles City Clerk,    P.O. Box 53200,    Los Angeles, CA  90053-0200
ust        +United States Trustee (LA),    725 S Figueroa St., 26th Floor,    Los Angeles, CA 90017-5524
18261032   +MARIA GARCIA,    4429 INGLEWOOD BLVD APT 11,    LOS ANGELES CA 90066-6670
18261033   +MICHAEL COLMENARES,    2099 S ATLANTIC BL SUITE O,    MONTEREY PARK CA 91754-6355
18261037   +RICKENBACKER COLLECTIONS,    7568 MONTEREY ST,    GILROY CA 95020-5826
18261034   +US TRUSTEE,   725 S FIGUEROA ST STE 2600,    LOS ANGELES CA 90017-5413

The following entities were served by electronic transmission on Oct 26, 2005 and receipt of the transmission
was confirmed on:
smg          EDI: CALTAX.COM Oct 26 2005 03:58:00      Franchise Tax Board,    ATTN: Bankruptcy,    P.O. Box 2952,
             Sacramento, CA  95812-2952
18261035         EDI: BANKAMER.COM Oct 26 2005 03:58:00      BANK OF AMERICA,    PO BOX 53132,
             PHOENIX AZ  85072-3132
18261036   +EDI: NESY.COM Oct 26 2005 03:57:00      NES,    29125 SOLON ROAD,    SOLON OH 44139-3442
                                                                                              TOTAL: 3

               ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Oct 27, 2005**          **Signature:** _Joseph Speetjens_