# UNITED STATES BANKRUPTCY COURT
## Central District of California

### TRUSTEE'S 341(a) MEETING WORKSHEET - CHAPTER 7

**FILED JAN - 5 2006**
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY ___ Deputy Clerk

CASE NUMBER: LA0544710-EC

05447102

TRUSTEE: T00089
TRUSTEE NAME: TIMOTHY J. YOO

**DEBTOR:** MARIA GARCIA

**CO-DEBTOR:**

341(a) DATE: 12/14/05
341(a) TIME: 10:00 AM

---

### APPEARANCES

DEBTOR: GARCIA, MARIA                     ( )Present (x)Absent ( )2nd Absence ( )___
CO-DEBTOR:                                ( )Present ( )Absent ( )2nd Absence ( )___
DEBTOR'S ATTORNEY: MICHAEL H COLMENARES   ( )Present (x)Absent ( )2nd Absence ( )___

---

### RESULTS OF MEETING

**DEBTOR: MARIA GARCIA**

| | | |
|---|---|---|
| 341(a) Meeting for debtor CONCLUDED | (x)YES | ( )NO |
| OR 341(a) Meeting for debtor CONTINUED to _____ at _____ | Date | Time |
| Debtor continued due to non-appearance | ( ) YES | ( )NO |
| Other reason for continuance of debtor: | | |

**CO-DEBTOR:**

| | | |
|---|---|---|
| 341(a) Meeting for co-debtor CONCLUDED | ( )YES | ( )NO |
| OR 341(a) Meeting for co-debtor CONTINUED to _____ at _____ | Date | Time |
| Debtor continued due to non-appearance | ( ) YES | ( )NO |
| Other reason for continuance of co-debtor: | | |

---

### REQUEST TO DISMISS CASE FOR FAILURE TO APPEAR AT 341(a) MEETING:

The undersigned certifies under penalty of perjury that the debtor and/or co-debtor has failed to appear at two 341(a) meetings and recommends that a dismissal order be initiated against (check appropriate box(es)):

( ) **DEBTOR:** MARIA GARCIA        ( ) with or ( ) without 180-day bar
( ) **CO-DEBTOR:**                   ( ) with or ( ) without 180-day bar

Note: In a joint case where one debtor appeared at the 341(a) meeting and the other did not appear at two 341(a) meetings, the debtor that appeared shall receive a dismissal without a 180-day bar from refiling, while the debtor that did not appear shall be dismissed with the 180-day bar from refiling. Any other desired outcome requires a motion to be filed with the Court.

Date: December 14, 2005        Trustee: _____
                                        TIMOTHY J. YOO